## [PROPOSED] ORDER

Before the Court is the Stipulation by Plaintiff Mark Seliger and Defendant Oath Inc., incorrectly named as Verizon Media, Inc., d/b/a Yahoo to Substitute Party. Having considered the Stipulation, and finding that good cause exists and the relief sought is justified, it is hereby ORDERED that Verizon Media, Inc. be dismissed without prejudice.

Dated: __November 11__, 2020

_____
DENISE COTE
United States District Judge

3